**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/14/2025
```

---

QUINN,

                    Plaintiff,

          - against -

GUARDIAN NEWS & MEDIA LLC,

                    Defendant.

**25 CV 4011 (VM)**

<u>ORDER</u>

**VICTOR MARRERO, United States District Judge.**

    The Court is in receipt of the October 10, 2025, letter submitted by defendant Guardian News & Media LLC ("Defendant") regarding the parties' settlement pending the negotiation of a final agreement. (<u>See</u> Dkt. No. 16.) Per the parties' joint request, the Court hereby dismisses this action with leave to reopen the case in sixty (60 days) from the entry of this order if the parties have not submitted their Final Notice of Dismissal. The Court further adjourns all pending dates and deadlines, including Defendant's October 14, 2025, deadline to answer the Complaint.

**SO ORDERED.**

Dated:    14 October 2025
          New York, New York

Victor Marrero
U.S.D.J.