

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___12/15/2025___

333 EARLE OVINGTON BOULEVARD, SUITE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

December 12, 2025

***Via ECF***
Hon. Victor Marrero
U.S. District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Edmund A. Quinn v. Guardian News & Media LLC*
            Docket No: 1:25-cv-04011-VM

Dear Judge Marrero:

We represent Edmund A. Quinn ("Plaintiff") in this matter. We write pursuant to Section 1(G) of Your Honor's Individual Rules of Practice, to respectfully request an additional forty-five (45) days for the parties to file a Notice of Dismissal.

The original date to dismiss or restore is Monday, December 15, 2025[1] [Dkt. No. 17] and the proposed new date is January 29, 2025. This is the parties' first request for an extension of time to file the dismissal. Defendant Guardian News & Media LLC consents to the request for an additional 45-day extension.

The reason for the request is that, despite best efforts, the parties will not be able to consummate the transaction by December 15 and therefore seek additional time. No other dates will be impacted by this request.

We thank the Court for its time and consideration of this request.

The Court **GRANTS** plaintiff's request and sets a new date of January 29, 2026.

**SO ORDERED.**
Dated: December 15, 2025
New York, New York

Victor Marrero
U.S.D.J.

Respectfully submitted,

/s *Renee J. Aragona*
Renee J. Aragona

---

[1] Sixty days from the Order at Dkt. 17 falls on Saturday, December 13, 2025 which pursuant to F.R.C.P. 6 is continued to December 15, 2025.